# EXHIBIT A

## FREDRICK BOYLE

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | The Last Resort | Hotel California | N38950 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| UMG Recordings, Inc. | Ready For the World | Love You Down | Long Time Coming | 78-842 |
| SONY BMG MUSIC ENTERTAINMENT | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Arista Records LLC | Outkast | Gasoline Dreams | Stankonia | 306-741 |