Boyle.Fredrick - userlog - 79118802.txt
Log for User at address 68.9.66.82:6348 generated on 7/24/2005 4:20:57 PM EDT (-0400 GMT)
Total Files: 347
------------------------------
Total Audio Files: 324
Total Video Files: 1
Total Software Files: 0
Total Document Files: 0
------------------------------
Total Matched Files: 8
Total Distinct Matches: 7

FileName: (80's) Cindy Lauper - Girls just want to have Fun.mp3 (5,651,061 bytes)
FileName: (Bush) Glycerine (Acoustic).mp3 (3,914,428 bytes)
FileName: (instrumental) jurassic 5- whats golden.mp3 (2,981,547 bytes)
FileName: (Instrumental) Shyheim, Method Man- Shaolin style .mp3 (4,447,301 bytes)
FileName: 01 Wait A Minute.mp3 (3,766,272 bytes)
FileName: 03 Fast Cars.wma (4,134,943 bytes)
FileName: 03-memphis_bleek-dear_summer_(feat_jay-z).mp3 (4,106,346 bytes)
FileName: 05 Jigga That Nigga.mp3 (4,897,773 bytes)
FileName: 10 D Block (DJ Green Lantern, Jadakiss, Sheek, Styles P, J Hood) - 2 Gunz Up.mp3 (4,202,732 bytes)
FileName: 11-camron-bubble_music-drx.mp3 (4,004,429 bytes)
FileName: 112 - U Already Know.mp3 (7,928,814 bytes)
FileName: 112 ft. TI - If I Can Hit It.mp3 (4,851,712 bytes)
FileName: 2 Pac - Tupac - Dear Mama.mp3 (4,477,724 bytes)
FileName: 311 - Amber.mp3 (5,004,980 bytes)
FileName: 311 - Love Song (cure cover).mp3 (5,683,470 bytes)
FileName: 4PM - Sukiyaki.mp3 (2,585,366 bytes)
FileName: 50 Cent - Just A Little Bit.mp3 (3,808,071 bytes)
FileName: 50 CENTS ft FABOLOUS-just a lil bit (remix).mp3 (6,499,778 bytes)
FileName: 70's - The Emotions - You Got The Best Of My Love.mp3 (4,991,147 bytes)
FileName: aaliyah and jay z-missin you remix.mp3 (3,796,323 bytes)
FileName: Aerosmith - Cryin'.mp3 (4,947,423 bytes)
FileName: Akon - Belly Dancer.mp3 (5,851,264 bytes)
FileName: Al B. Sure - Nite And Day.mp3 (4,516,480 bytes)
FileName: Al Green - Let's Stay Together.mp3 (3,179,590 bytes)
FileName: Al Greene - Ain't No Sunshine When She's Gone.mp3 (2,998,464 bytes)
FileName: Amerie ft. Jay-Z - One thing (remix)(1).mp3 (5,125,245 bytes)
FileName: Anita Baker - Giving You The Best That I Got.mp3 (4,133,580 bytes)
FileName: Anita Baker - Sweet Love.mp3 (4,272,769 bytes)
FileName: Anna Nalick - Breathe (2AM).mp3 (6,154,240 bytes)
FileName: Anticon - Adeem, Sole, Dose One- Live In Rhode Island (1).mp3 (3,362,448 bytes)
FileName: Atlantic Starr - Always.mp3 (3,836,447 bytes)
FileName: Baby Bash feat. Akon - I'm Back.mp3 (5,471,295 bytes)
FileName: Baby Bash ft Akon - I'm Back.mp3 (9,117,300 bytes)
FileName: Backstreet Boys - Incomplete (FULL).mp3 (5,749,087 bytes)
FileName: bare butt spring break sluts dirty dancing in club.mpg (13,785,092 bytes)
FileName: Bee Gees - More Than A Woman.mp3 (3,165,622 bytes)
FileName: Bee Gees-How Deep Is Your Love.mp3 (3,435,121 bytes)
FileName: Benzino Feat. Fabolous & G Dep - Bootee Remix.mp3 (4,569,957 bytes)
FileName: Big L - Married To Marijuana .mp3 (2,980,252 bytes)
FileName: Black booty girls shaking their ass booty contest.mpg (2,373,636 bytes)
FileName: Blondie - Rapture.mp3 (5,388,875 bytes)
FileName: Bob Marley - Buffalo Soldier.mp3 (4,118,569 bytes)
FileName: Bob Marley - Get Up Stand Up.mp3 (3,148,904 bytes)
FileName: bob marley - i shot the sheriff.mp3 (3,645,857 bytes)
FileName: Bob Marley - Jammin'.mp3 (3,164,369 bytes)
FileName: Bob Marley - No Woman No Cry.mp3 (6,839,902 bytes)
FileName: Bob Marley - Smoke Two Joints.mp3 (3,330,048 bytes)
FileName: Bobby Brown - Humping Around.mp3 (6,053,888 bytes)

FileName: bobby caldwell - what you won't do for love.mp3 (4,598,097 bytes)
FileName: Bobby Valentino (feat LL Cool J) Touch Me.mp3 (2,209,279 bytes)
FileName: Bobby Valentino - One Girl To Love.mp3 (7,328,749 bytes)
FileName: Bobby Valentino - Tell Me.mp3 (6,653,243 bytes)
FileName: Bobby Valentino - Your My Girl.mp3 (3,994,982 bytes)
FileName: Bobby Valentino feat. Lil Wayne - Tell Me (remix).mp3 (5,475,958 bytes)
FileName: bobby valentino ft. ludacris- gold digger.mp3 (5,445,056 bytes)
FileName: Bobby Valentino I'll Forgive You.mp3 (6,007,151 bytes)
FileName: Bobby Valintino feat. Ludacris - Give Me A Chance.mp3 (6,798,354 bytes)
FileName: bobby_valentino_ft_lloyd_banks-slow_down_(rmx).mp3 (7,975,340 bytes)
FileName: Boby Valentino-Never leave you.mp3 (5,882,557 bytes)
FileName: Bone Thugs n Harmoney - Lets All Get High.mp3 (3,138,944 bytes)
FileName: Bone Thugs N Harmony - Blaze It.mp3 (2,048,735 bytes)
FileName: Bone Thugs N Harmony - Weed Song.MP3 (4,001,627 bytes)
FileName: Bone Thugs N Harmony - Weed Song.wav (1,245,994 bytes)
FileName: Bone Thugz n Harmony - Fuck Eminem.mp3 (2,060,922 bytes)
FileName: Bonnie Tyler - Turn Around (Bright Eyes).mp3 (5,251,367 bytes)
FileName: Bonnie Tyler - Total Eclipse of The Heart.mp3 (6,686,720 bytes)
FileName: Boys to Men - Boyz II Men - I Swear.mp3 (3,620,992 bytes)
FileName: boyz ii men - Boys 2 Men End of the Road.mp3 (5,600,781 bytes)
FileName: Boyz In Da Hood Ft. T.I. & The Game - Dem Boys (Remix).mp3 (3,961,079 bytes)
FileName: Brian McNight - Anytime.mp3 (4,360,280 bytes)
FileName: Bubba Sparxxx - Deliverance.mp3 (7,757,867 bytes)
FileName: Bubba Sparxxx - Nowhere.mp3 (9,137,132 bytes)
FileName: Bubba Sparxxx - She Tried .mp3 (5,786,772 bytes)
FileName: Bubba Sparxxx - Ugly.mp3 (4,246,439 bytes)
FileName: Bush - Machinehead (Acoustic).mp3 (4,994,868 bytes)
FileName: Busta Ryhmes feat. DMX & Jay-Z - Why We Die.mp3 (5,721,208 bytes)
FileName: BUSTA_RHYMES_02_EVERYBODY_R.MP3 (6,082,415 bytes)
FileName: Carl Thomas - 03 - My First Love.mp3 (5,877,103 bytes)
FileName: Carl Thomas - I Wish I Never Met Her.mp3 (6,816,016 bytes)
FileName: Carl Thomas feat. Kanye West - The Way That You Do.mp3 (5,070,253 bytes)
FileName: Carlos Santana - Europa (instrumental).mp3 (4,859,611 bytes)
FileName: Cassidy - 10 - I'm A Hustla - Belly Button - (Prod. By Swizz Beats).mp3 (5,790,717 bytes)
FileName: Cassidy feat. The Game - aim ya guns.mp3 (6,205,502 bytes)
FileName: Cassidy-B_Boy_Stance_(Dirty).mp3 (4,917,900 bytes)
FileName: Common - BE - 03 - Go.mp3 (5,738,206 bytes)
FileName: Common ft. Kanye West & The Last Poets - The Corners (Instrumental).mp3 (5,379,845 bytes)
FileName: Common Sense - I Used To Love Her.mp3 (4,427,688 bytes)
FileName: contagious - Isley Brothers feat. Ronald Isley A.K.A. Mr. Biggs, R.Kelly, & Chante' Moore.mp3 (3,824,293 bytes)
FileName: Coolio - Gangsta's Paradise.mp3 (3,862,912 bytes)
FileName: Coolio - I'm in love with mary jane (Half Baked SoundTrack).mp3 (4,323,418 bytes)
FileName: Coolio - Kinda High Kinda Drunk.mp3 (3,597,792 bytes)
FileName: da back wudz - wood work - you're gonna luv me.mp3 (3,541,412 bytes)
FileName: Dave Mathews Band - Crazy acoustic.mp3 (4,325,541 bytes)
FileName: Dave Mathews Band- Crash (Acoustic).mp3 (5,104,245 bytes)
FileName: Dear Tiffany.wav (33,516,044 bytes)
FileName: Destiny's Child ft Sean Price - Girl (remix).mp3 (4,356,848 bytes)
FileName: Disturbed - Down With The Sickness.mp3 (4,460,672 bytes)
FileName: Disturbed - Stupified.mp3 (4,381,536 bytes)
FileName: DJ Green Lantern - 5 Star General - 12 - notorious b.i.g. - its a stick up (green mix).mp3 (2,759,906 bytes)
FileName: DJ Green Lantern - 5 Star General - 19 - ras kass - dreams (green mix).mp3 (3,060,747 bytes)
FileName: Don Omar - El Reggaeton Latino.mp3 (3,301,086 bytes)
FileName: Dr. Dre feat. Method Man and Redman - Bang Bang (Remix).mp3 (3,810,996 bytes)
FileName: Eagles - The Last Resort.mp3 (7,112,118 bytes)

FileName: Earth Wind & Fire - After the Love Is Gone.mp3 (4,407,925 bytes)
FileName: Earth Wind and Fire - September.mp3 (3,461,804 bytes)
FileName: Earth Wind and Fire - Shining Star.mp3 (2,736,502 bytes)
FileName: Earth, Wind, and Fire - Reasons.mp3 (4,785,542 bytes)
FileName: Edwin Mcain-I Could Not Ask For More.mp3.mp3 (4,442,198 bytes)
FileName: eminem - soldier (Instrumental ##by ZeRo##).mp3 (3,124,579 bytes)
FileName: Eminem - The Marshall Mathers LP - 11 - Marshall Mathers.mp3 (242,834 bytes)
FileName: Eminem - The Marshall Mathers LP - 11 - Marshall Mathers.wav (1,334,202 bytes)
FileName: Eminem - The Way I Am.mp3 (4,646,162 bytes)
FileName: Eric Clapton - If I Saw You In Heaven.MP3 (4,461,424 bytes)
FileName: Eric Clapton - Layla.mp3 (5,939,931 bytes)
FileName: Eric Clapton - Tears In Heaven.mp3 (4,418,246 bytes)
FileName: Eric Clapton - Wonderful Tonight.mp3 (3,505,294 bytes)
FileName: Fabolous feat 112- Peaches And Cream .mp3 (3,026,944 bytes)
FileName: Faith Hill - Cry.mp3 (5,388,207 bytes)
FileName: Fat_Joe_ft_Nelly_-_Get_It_Poppin.mp3 (3,411,116 bytes)
FileName: Foo Fighters - Everlong (BEST VERSION!!... ONLY GOOD ACOUSTIC ONE THERE IS).mp3 (8,035,560 bytes)
FileName: Foo Fighters - My Hero (Acoustic).mp3 (3,926,563 bytes)
FileName: Food.wav (46,216,844 bytes)
FileName: Foxy Brown and Kelis - I Taste Just like Candy .mp3 (3,579,904 bytes)
FileName: Foxy Brown Feat Sizzla-Come Fly With Me.mp3 (4,691,036 bytes)
FileName: Fred Durst and Method Man - N together Now.mp3 (4,638,221 bytes)
FileName: G Dep ft. P Diddy, Ghostface Killah, Craig Mack, & Keith Murray - Special Delivery Remix.mp3 (6,142,398 bytes)
FileName: Ginuwine - Pony.mp3 (4,031,344 bytes)
FileName: Gumby & Pokey - The Small Planets.mpg (14,553,976 bytes)
FileName: Guns and Roses.wav (17,510,684 bytes)
FileName: Hip Hop-Method Man, LL Cool J, B Real, Coolio & Busta Rhymes - Hit 'em high (instrumental).mp3 (2,499,555 bytes)
FileName: Incubus - Pardon Me (Acoustic).mp3 (3,750,006 bytes)
FileName: Incubus - Stellar (Acoustic).mp3 (3,137,536 bytes)
FileName: Instrumental - Jay-Z - Tribute to our fallen Soldies feat. Neptunes.mp3 (2,202,271 bytes)
FileName: instrumental - T.I. - ASAP.mp3 (8,200,218 bytes)
FileName: instrumental Camron - Purple Haze - 12 - Rocky Theme song.mp3 (2,990,080 bytes)
FileName: Instrumentals (Neptunes) - Clipse - Virginia.mp3 (5,487,095 bytes)
FileName: instrumentals - 50 Cent, Eminem & Obie Trice - Love Me (Instrumental).mp3 (4,557,266 bytes)
FileName: Instrumentals - Camron - Tha Roc (Just Blaze).mp3 (6,401,250 bytes)
FileName: instrumentals - camron-family_ties_(inst)-std.mp3 (4,698,240 bytes)
FileName: Instrumentals - Da Band - Bad Boy This Bad Boy That.mp3 (4,720,350 bytes)
FileName: Instrumentals - DMX - what these bitches want from a nigga.mp3 (6,579,047 bytes)
FileName: Instrumentals - Game - Put You On The Game.mp3 (6,100,455 bytes)
FileName: Instrumentals - Jadakiss - The Champ Is Here.mp3 (2,453,823 bytes)
FileName: Instrumentals - Jadakiss_feat._anthony_hamilton-why_.mp3 (5,767,746 bytes)
FileName: Instrumentals - Jay Z - Song Cry.mp3 (6,173,839 bytes)
FileName: instrumentals - joe_buddens ft.Just Blaze-pop off.mp3 (3,609,988 bytes)
FileName: instrumentals - Just Blaze - NBA Street.mp3 (2,536,739 bytes)
FileName: Instrumentals - Just Blaze - Wurlitzer.mp3 (2,265,431 bytes)
FileName: Instrumentals - Lenny Kravitz ft. Jay Z - Storm (Just Blaze Remix)(1).mp3 (4,598,964 bytes)
FileName: Instrumentals - Method Man - Bring Da Pain.mp3 (3,082,240 bytes)
FileName: Instrumentals - NBA on NBC Basketball Theme.mp3 (1,932,360 bytes)
FileName: Instrumentals - NFL Beat (Hot).mp3 (3,645,108 bytes)
FileName: Instrumentals - Notorious BIG, Bone Thugs - Notorious Thugs.mp3 (5,599,520 bytes)
FileName: Instrumentals - Obie Trice - Dont Come Down.mp3 (3,542,748 bytes)
FileName: Instrumentals - Obie Trice - The Set Up.mp3 (3,349,491 bytes)

FileName: Instrumentals - obie_trice_eminem-lady-jah.mp3 (2,949,946 bytes)
FileName: Instrumentals - Rap - Eminem - The Way I Am.mp3 (6,221,190 bytes)
FileName: Instrumentals - Rap - Red Man & method man - how high .wma (1,832,113 bytes)
FileName: Instrumentals - Ray J - Wait a minute.mp3 (3,206,708 bytes)
FileName: Instrumentals - The Clipse ft. Neptunes - Grindin' .mp3 (5,440,076 bytes)
FileName: Instrumentals - The Game - Dreams.mp3 (4,589,192 bytes)
FileName: Instrumentals - The Neptunes - Battle (New Nike Commercial).mp3 (1,613,170 bytes)
FileName: Instrumentals - the roots ft musiq - break you off.mp3 (6,949,117 bytes)
FileName: Instrumentals - Timbaland & Magoo - Cop That Shit.mp3 (5,118,342 bytes)
FileName: Instrumentals - Timberland & Magoo - Drop.mp3 (8,695,775 bytes)
FileName: Instrumentals - Wu Tang Clan-C.R.E.A.M .mp3 (3,539,824 bytes)
FileName: Instrumentals -DMX- Slippin.mp3 (2,566,653 bytes)
FileName: instrumentals 05 Joe Buddens - Pump It Up.mp3 (3,671,326 bytes)
FileName: instrumentals Ludacris - Southern Hospitality (Instrumental).mp3 (3,706,388 bytes)
FileName: Instrumentals, Joe Buddens - Focus.mp3 (6,540,980 bytes)
FileName: Instrumentals- Jay-Z (Prod. By Just Blaze) - December 4th.mp3 (5,151,749 bytes)
FileName: Instrumentals- Timbaland & Magoo - Clock Strikes (Instrumental).mp3 (4,575,569 bytes)
FileName: instrumentals-camron-espn half time.mp3 (2,598,418 bytes)
FileName: instrumentals-Just Blaze-Jay-Z-U Don't Know.mp3 (4,751,098 bytes)
FileName: instumentals 112-u_already_know_(instrumental) 3.mp3 (4,209,180 bytes)
FileName: Jacke 52yd FG vs SD (1998 Playoff Clinch).mp3 (451,814 bytes)
FileName: Jackie-O feat. Ying Yang Twins - Fine UNCENSORED.mpg (52,232,192 bytes)
FileName: Jay Z & DMX - Money, Cash, Hoes.mp3 (5,718,638 bytes)
FileName: Jay Z (Ruff Riders) - Jigga my Nigga.mp3 (4,473,963 bytes)
FileName: jay z - hard knock life vol 2 - can i get a fuck you.mp3 (5,021,373 bytes)
FileName: Jay Z ft. Pharrell - Change of Clothes .mp3 (4,184,317 bytes)
FileName: Jay-Z - Girls Girls Girls.mp3 (6,604,928 bytes)
FileName: Jay-Z - Big Pimpin.mp3 (6,784,786 bytes)
FileName: Jay-Z - Guns and Roses feat. Lenny Kravitz.mp3 (6,373,705 bytes)
FileName: Jay-Z - I'm A Husler Baby.mp3 (3,675,965 bytes)
FileName: Jay-Z - La La La (Excuse Me Miss Again).mp3 (6,767,304 bytes)
FileName: Jay-Z - The Black Album - 10 - Public Service Announcement (Interlude).mp3 (4,155,392 bytes)
FileName: Jay-Z - U Don't Know(Remix) Ft. MOP.mp3 (3,270,656 bytes)
FileName: Jay-Z- H to the Izzo.mp3 (3,856,637 bytes)
FileName: JayZ & Pharrell - Excuse Me Miss.mp3 (6,752,256 bytes)
FileName: Jermaine Dupri feat Jay Z - Money Aint A Thang.mp3 (4,071,877 bytes)
FileName: Jet - Look What You Have Done.mp3 (5,534,742 bytes)
FileName: Jigga What, Jigga Who.mp3 (3,739,845 bytes)
FileName: Joe Budden Nate Dogg- Gangsta Party.mp3 (5,863,759 bytes)
FileName: Joe Buddens - Pump it up.mp3 (5,516,009 bytes)
FileName: John Legend ft Kanye West - Number One.mp3 (4,797,512 bytes)
FileName: Jordan Knight - Give It To You.mp3 (5,746,413 bytes)
FileName: Justin Timberlake - Rock your body-instrumental.mp3 (5,163,120 bytes)
FileName: Justin Timberlake feat. 50 Cent - Cry Me A River (Dirty OFFICIAL Remix).mp3 (7,014,419 bytes)
FileName: Justin Timberlake feat. 50 Cent-Cry Me A River (remix)(1).mp3 (7,540,618 bytes)
FileName: justin timberlake Like I Love You (Instrumental).mp3 (4,499,331 bytes)
FileName: Kanye West (Late Registration) - Half Price.mp3 (3,799,122 bytes)
FileName: kanye west - kanye west (instrumentals) - get em high.mp3 (4,176,945 bytes)
FileName: Kanye West - Late Registration - Apologize.mp3 (6,981,642 bytes)
FileName: kanye west - late registration - can't nobody love me like you do (instrumental).mp3 (5,616,823 bytes)
FileName: Kanye West - Late Registration - Out The Game.mp3 (4,508,095 bytes)
FileName: Kanye West ft. Jay-Z - Diamonds Are Forever (Remix).mp3 (5,604,668 bytes)
FileName: Kanye West ft. John Legend - Soulful (Late Registration) .mp3 (4,463,379

bytes)
FileName: Kanye West Notorious B I G - DJ Green Lantern & Dame Dash - - Addicted To Retail (Green Mix).mp3 (2,713,637 bytes)
FileName: KANYE WEST_Diamonds DIRTY.mp3 (3,837,155 bytes)
FileName: karaoke - JUSTIN TIMBERLAKE - Cry Me A River (Instrumental).MP3 (4,638,510 bytes)
FileName: Keith Murray - Candy Bar.mp3 (5,412,375 bytes)
FileName: Keith Sweat - Nobody.mp3 (4,064,907 bytes)
FileName: Kelis - Wait (The Whisper Song Girl Version).mp3 (2,709,254 bytes)
FileName: Kenny Loggins & Michael McDonald - This Is It.mp3 (4,141,813 bytes)
FileName: Kinski - Rhode Island Freakout.mp3 (3,787,168 bytes)
FileName: Krayzie Bone- Smoking Buddha.mp3 (2,711,805 bytes)
FileName: Lifehouse - You And Me.mp3 (4,537,862 bytes)
FileName: Lil boosie & Weebie - Gimme That (Instrumental).mp3 (6,498,220 bytes)
FileName: Lil Wayne - The Carter - 19 - Earthquake.mp3 (7,076,253 bytes)
FileName: LiL Webbie and Bun B, LiL Boosie - Girl Gimme That Pussy.mp3 (6,426,633 bytes)
FileName: Lil' Rob- Summer Nights.mp3 (3,671,139 bytes)
FileName: Limp Bizkit - Break Stuff.mp3 (2,665,607 bytes)
FileName: Limp Bizkit - Rearanged.mp3 (7,098,894 bytes)
FileName: LL Cool J - 4, 3, 2, 1 (Feat. Method Man, Redman, Canibus & DMX).mp3 (4,106,025 bytes)
FileName: Lords Of Acid - The Pussy Song.mp3 (3,929,255 bytes)
FileName: Ludacris - Fatty Girl (feat LL Cool J, Keith Murray).mp3 (3,158,099 bytes)
FileName: Ludacris ft. Field Mob Ray Charles - Georgia.mp3 (5,286,211 bytes)
FileName: Ludacris Ft. Kanye West - Stand Up (Remix).mp3 (2,092,432 bytes)
FileName: Luther Vandross - Always And Forever.mp3 (4,693,880 bytes)
FileName: Luther Vandross - Here and Now(1).mp3 (5,176,883 bytes)
FileName: Madonna - Beautiful Stranger.mp3 (6,276,404 bytes)
FileName: Madonna - This Used To Be My Playground.mp3 (4,912,820 bytes)
FileName: Madonna - You'll See.mp3 (4,418,117 bytes)
FileName: Mamas and the Papas - California Dreaming.mp3 (2,584,112 bytes)
FileName: Mamas and the Papas - Monday, Monday.mp3 (3,176,417 bytes)
FileName: Mariah Carey - We Belong Together.mp3 (4,018,366 bytes)
FileName: Mariah Carey- We Belong Together (REMIX) Feat. Jadakiss & Styles P.mp3 (6,119,385 bytes)
FileName: Marvin Gaye - Marvin Gaye - Lets Get It On.mp3 (3,837,283 bytes)
FileName: Maxwell - I Just Wanna Get Close To You.mp3 (5,222,904 bytes)
FileName: Memphis Bleek - Dear Summer Instrumental.mp3 (2,962,999 bytes)
FileName: Memphis Bleek - Is That Your Bitch (remix f- Jay-Z, Missy Elliot, & Twista).mp3 (7,017,908 bytes)
FileName: Memphis Bleek - Like That (prod. by Swizz Beatz).mp3 (5,892,901 bytes)
FileName: Memphis Bleek feat. Swiss Beatz - Like That.mp3 (4,746,552 bytes)
FileName: memphis_bleek_beanie_sigel_and_joe_budden & jayz-roc_cafe (clinton sparks).mp3 (6,206,489 bytes)
FileName: Method Man- Wu-Tang Clan- M-E-T-H-O-D Man.mp3 (5,646,336 bytes)
FileName: michael blackson - dj kool kid-pure unkut vol 1- - intro 1.mp3 (673,421 bytes)
FileName: Michael Mcdonald - I Keep Forgetting.mp3 (3,518,890 bytes)
FileName: Monifah -Touch It (Dirty Version).mp3 (4,569,088 bytes)
FileName: Monifah feat. Murphy Lee- I Can Tell (Remix).mp3 (5,752,984 bytes)
FileName: Montell Jordan - Get It On Tonight.mp3 (4,620,288 bytes)
FileName: Montell Jordan - This is How We Do It.mp3 (3,743,150 bytes)
FileName: MOP feat Jay-Z - Put It In The Air.mp3 (5,349,796 bytes)
FileName: MOP feat. Busta Rymes - Ante Up (remix).MP3 (3,471,151 bytes)
FileName: Nas & Shyne - If I Could Start Over.mp3 (4,422,003 bytes)
FileName: Nas - Carry The Cross.mp3 (3,683,143 bytes)
FileName: nas - ochie wally (nasty version).mp3 (3,560,750 bytes)
FileName: Nelly feat. Justin Timberlake - Girlfriend (The Neptunes Remix Instrumental).mp3 (6,756,163 bytes)
FileName: Neptunes - Sick Beat (Instrumental).mp3 (2,359,928 bytes)
FileName: Notorious B.I.G. (Biggie) - Hypnotized.mp3 (3,229,696 bytes)
FileName: Notorious B.I.G. - Big Papa.mp3 (3,549,257 bytes)

FileName: Notorious BIG - Juicy.mp3 (4,843,311 bytes)
FileName: Notorious BIG - Suicidal Thoughts.mp3 (3,427,436 bytes)
FileName: Notorious BIG, Puff Daddy & Mase - Mo Money Mo Problems.mp3 (4,119,114 bytes)
FileName: Nsync - Girlfriend (Remix Featuring Nelly).mp3 (4,318,252 bytes)
FileName: oasis - wonderwall (acoustic).mp3 (4,363,720 bytes)
FileName: Obie Trice - Adrenaline Rush Instrumental.mp3 (3,692,217 bytes)
FileName: Obie trice - Bad bitch instrumental.mp3 (2,569,508 bytes)
FileName: Offspring - Pretty Fly For A White Guy.mp3 (3,026,683 bytes)
FileName: Offspring - Self Esteam .mp3 (4,128,896 bytes)
FileName: Outcast - So Fresh and So Clean.mp3 (6,005,742 bytes)
FileName: Outkast - Bombs Over Baghdad.mp3 (6,111,608 bytes)
FileName: Outkast - Gasoline Dreams.mp3 (4,444,995 bytes)
FileName: Outkast - Rosa Parks.mp3 (5,177,183 bytes)
FileName: Pharrell feat. Jay-Z - Frontin'.mp3 (5,790,587 bytes)
FileName: Pretty RicKy - grind with me.mp3 (3,937,142 bytes)
FileName: Pretty RicKy - grind with me.mp4 (181,272 bytes)
FileName: Pretty RicKy - grind with me.wav (1,323,176 bytes)
FileName: PSA.wav (29,752,844 bytes)
FileName: Puff Daddy - It's all About the Benjamins (Remix) (featuring The Notorious BIG, Lil Kim, & The Lox)(2).mp3 (4,436,516 bytes)
FileName: R Kelly - Trapped In The Closet (Chapter 1).mp3 (4,947,009 bytes)
FileName: R. Kelly - Bump N' Grind.mp3 (4,098,507 bytes)
FileName: RAP VIDEO Mike Jones F.Slim Thug & Paul Wall - Still Tippin' (UNCUT Version) - Music Video.mpg (46,554,368 bytes)
FileName: ray j - Formal Invite (Featuring Pharrell Williams).mp3 (4,895,862 bytes)
FileName: Ray J - I should cheat on you(darkchild).mp3 (3,944,448 bytes)
FileName: Ray J - Let It Go.mp3 (4,733,516 bytes)
FileName: Ray J - That's Why I Lie.mp3 (7,009,512 bytes)
FileName: Ready For The World - Love You Down.mp3 (6,255,088 bytes)
FileName: Redman-jersey yo !.mp3 (3,166,126 bytes)
FileName: reggaetone Daddy Yankee - Like You.mp3 (3,252,185 bytes)
FileName: Roscoe ft Bobby Valentino - This Is How We Do.mp3 (5,539,759 bytes)
FileName: Ruff Ryders.wav (26,930,444 bytes)
FileName: Saint Lunatics - Sticky Now.mp3 (5,049,330 bytes)
FileName: Santana, Carlos - Instrumental.MP3 (4,658,241 bytes)
FileName: Shaggy vs Madonna - Holiday, It Wasn't Me (DJ Coco Snatch White Label Mix).mp3 (8,660,084 bytes)
FileName: Simple Plan - Untitled.mp3 (3,785,422 bytes)
FileName: Snoop Dogg charlie murphy justin timberlake Signs(Instrumental).mp3 (6,131,360 bytes)
FileName: Space Jam - Hit Em High - B Real, Busta Rhymes, Coolio, LL Cool J & Method Man(1).mp3 (4,124,800 bytes)
FileName: StainD & Fred Durst - I'm on the Outside.mp3 (4,100,096 bytes)
FileName: Styles P ft Redman and Method Man - I Get High Remix.wav (3,602,390 bytes)
FileName: Sublime - Smoke Two Joints.mp3 (168,646 bytes)
FileName: Sublime - Smoke Two Joints.mp4 (128,139 bytes)
FileName: Sublime - Smoke Two Joints.wav (926,240 bytes)
FileName: Swollen Members f. Nelly Furtado - Breathe (Courtesy of Chromey).mp3 (3,685,145 bytes)
FileName: T.I. - ASAP.mp3 (6,826,864 bytes)
FileName: The Diplomats - Santana's Town (Instrumental).mp3 (4,405,597 bytes)
FileName: The Eagles - The Last Resort.mp3 (7,180,416 bytes)
FileName: The Game - 300 Bars (Full)(Dissin G. Unit, 50 Cent, Lloyd Banks, Young Buck, Tony Yayo, Olivia, Jay-Z, Memphis Bleek, DJ Whoo Kid, Joe Budden, Ja Rule, Benzino).mp3 (26,297,285 bytes)
FileName: The Game - Eazy e still cruisin (Instrumentals).mp3 (3,646,693 bytes)
FileName: The Game - Special Instrumental (Produced by Needlz).mp3 (2,580,002 bytes)
FileName: The Game - The Documentary - 16 - Special ft. Nate Dogg.mp3 (5,117,102 bytes)
FileName: The Game Feat Eminem - We Aint (Instrumental).mp3 (4,604,554 bytes)
FileName: The Manhattans - Shining Star.mp3 (3,632,020 bytes)
FileName: The Offspring - Come Out And Play.mp3 (3,165,750 bytes)

Boyle.Fredrick - userlog - 79118802.txt

FileName: The Pussy Cat Dolls - Dont Cha.mp3 (4,161,682 bytes)
FileName: The Softies - Holiday In Rhode Island - 01 - Sleep Away Your.mp3 (3,341,892 bytes)
FileName: The Stylistics - Betcha By Golly Wow.mp3 (3,332,096 bytes)
FileName: The Temptations - Just My Imagination.mp3 (3,751,182 bytes)
FileName: The Warmth (Instrumental).mp3 (3,960,965 bytes)
FileName: Tim McGraw- Your My Best Friend.mp3 (4,473,127 bytes)
FileName: Tim McGraw- Your My Best Friend.wav (1,124,708 bytes)
FileName: Timbaland & Magoo - 15 After Da' Hour.mp3 (3,993,728 bytes)
FileName: TIMBALAND & MAGOO feat. MISSY ELLIOT - Cop that shit (instrumental).mp3 (4,352,436 bytes)
FileName: timberland,magoo- indian flute instrumental.mp3 (3,249,598 bytes)
FileName: Tony Yayo feat. 50 Cent - So Seductive.mp3 (3,454,015 bytes)
FileName: Too Short - Gettin It.mp3 (5,452,277 bytes)
FileName: Toya - I Do Remix.mp3 (6,916,758 bytes)
FileName: Trey Songz - Open the closet.mp3 (4,003,911 bytes)
FileName: Trick Daddy Ft. Ludacris- Suger.mp3 (5,522,652 bytes)
FileName: Tupac - Baby Don't Cry.mp3 (4,190,464 bytes)
FileName: Tupac - California love.mp3 (3,858,052 bytes)
FileName: Tupac Shakur - (2pac) - (Video) - How Do You Want It XXX - version .mpeg (42,262,724 bytes)
FileName: whisper song remix.mp3 (739,056 bytes)
FileName: whisper song remix.wav (32,575,244 bytes)
FileName: WU TANG - Method Man - Judgement Day (Instrumental).mp3 (4,773,844 bytes)
FileName: Wu-Tang Clan - Da Mystery of Chessboxing - Enter The Wu-Tang- 36 Chambers - 06.mp3 (4,621,426 bytes)
FileName: Wu-Tang Clan - Gravel Pit.mp3 (6,998,018 bytes)
FileName: Wu-Tang Clan - Method Man Instrumental).mp3 (3,044,024 bytes)
FileName: Wu-Tang Clan - The Gravel Pit (Instrumental).mp3 (2,023,276 bytes)
FileName: Wu-Tang Clan - Wutang Clan Ain't Nothing To Fuck Wit.mp3 (3,457,358 bytes)
FileName: Ying_Yang_Twins-Wait_(Remix_Featuring_Missy_Elliot_Busta_Rhymes_Lil_Scrappy_Free).mp3 (6,704,484 bytes)
FileName: Your gonna Lve me.mp3 (1,314,221 bytes)
FileName: Your gonna Lve me.wav (23,167,244 bytes)
FileName: State Property f. Jay-Z - It's On.mp3 (7,308,979 bytes)
FileName: Talib Kweli - Get By Remix ft. Mos Def, Jay-Z, Kanye West & Busta Rhymes.mp3 (8,255,913 bytes)
FileName: Ying Yang Twins - Whisperin In Your Ear (Wait).mp3 (2,623,488 bytes)
FileName: Big Boobs Bra Breakers - Ebony Ayes - Kay Parker - Candy Samples Full Ver.mpg (622,276,564 bytes)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | ) | CIVIL ACTION FILE |
| Plaintiffs, | ) | No. ______________________ |
| v. | ) | |
| FREDRICK BOYLE, | ) | |
| Defendant. | ) | |

**CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., a publicly held French company.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

Respectfully submitted,

DATED: July 18, 2006

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | CIVIL ACTION FILE |
| Plaintiffs, | No. ______________ |
| v. | |
| FREDRICK BOYLE, | |
| Defendant. | |

**NOTICE OF RELATED ACTIONS OR PROCEEDINGS**

Pursuant to Local Rule 9.1, Plaintiffs identify below those cases pending before another tribunal in the District of Rhode Island, including the case name, tribunal before which it is pending, and the claim, occurrence, or event pending before that tribunal.

CA 04-149ML, CA 04-297ML, CA 04-366, CA 04-367T, CA 04-460ML, CA 04-489L, CA 04-490ML, CA 04-491ML, CA 04-533S, CA 05-030T, CA 05-096ML, CA 05-097L, CA 05-472ML, CA 05-473T, CA 05-474ML, CA 05-475S, CA 05-476ML, CA 05-477ML, CA 05-478ML, CA 06-119S, CA 06-120S, CA 06-121ML, CA 06-122ML, CA 06-123T, CA 06-124ML, CA 06-125L, CA 06-126S, CA 06-184S, CA 06-185ML, CA 06-186S, CA 06-187T, CA 06-188T, CA 06-189T, CA 06-236S, CA 06-237T, CA 06-238T, CA 06-239T, CA 06-240S, CA 06241S, CA 06-242ML, CA 06-243ML, CA 06-244S, CA 06-245T, CA 06-246ML, CA 06-247ML, CA 06-248S, CA 06-249S, and CA 06-250T.

Respectfully submitted,

DATED: July 18, 2006

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC