AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,**

V.

**FREDRICK BOYLE**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 326T

TO:

**FREDRICK BOYLE**
**110 Pepin St.**
**West Warwick, RI 02893**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/18/06

Barbara Barletta
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1] DATE 8/2/06

NAME OF SERVER (PRINT) Gordon Moniz TITLE Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 110 Pepin St, West Warwick, RI, 02893

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Lori Boyle

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

TRAVEL SERVICES TOTAL $70

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws ~~of the United States~~ of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/2/06
Date

[signature]
Signature of Server

45 Charlotte St Fall River, MA 02720
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ELEKTRA ENTERTAINMENT GROUP INC., A DELAWARE CORPORATION; ET AL.,**<br>Plaintiff/Petitioner<br>vs.<br>**FREDRICK BOYLE**<br>Defendant/Respondent | Hearing Date:<br>CAUSE NO. **CA 06 326T**<br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of August, 2006, at 1:36 PM**, at the address of **110 PEPIN Street , WEST WARWICK**, **Kent** County, **RI 02893**; this declarant served the above described documents upon **FREDRICK BOYLE,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lori Boyle, Wife, White, Female, 43yrs, 5'4", 175lbs, Brown Hair**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Massachusetts that the statement above is true and correct.

DATED this **4th day of August, 2006**.

**Gordon Moniz**

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3815468**