RECEIVED
AUG 23 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ELEKTRA ENTERTAINMENT GROUP, INC., et al.,**
**Plaintiffs,**

**v.** **C.A. No. 06-326T**

**FREDERICK BOYLE,**
**Defendant.**

**STIPULATION**

The undersigned hereby stipulate and agree that Defendant, Frederick Boyle, shall have up to and including September 22, 2006, to answer or otherwise respond to the Complaint in this civil action.

Plaintiffs,
Elektra Entertainment Group, Inc.,
Interscope Records,
UMG Recordings Inc.,
Sony BMG Music Entertainment,
Arista Records, LLC,
By their attorney,

James E. O'Neil, #2097
The Meadows, Suite A103
1130 Ten Rod Road
N. Kingstown, RI 02852
(401) 667-7111
(401) 667-7112

Dated: ____________

Defendant,
Frederick Boyle,

Frederick Boyle
110 Pepin Street
W. Warwick, RI 02893

Dated: 8-18-06

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/31/06